*Monica J. Rogers vs. Henry Ford Health System*

Index of Exhibits
**Defendant's Motion for Summary Judgment**

1. Deposition Transcript Excerpts of Plaintiff Monica Rogers, dated March 8, 2016

2. Plaintiff's Resume

3. Deposition Transcript Excerpts of Jan Harrington Davis, dated March 10, 2016

4. OHRD Consultant Job Description, 2007

5. Announcement

6. Deposition Transcript Excerpts of Laurie Jensen, Volume I, dated March 9, 2016

7. Senior OHRD Consultant Job Description

8. (FILED UNDER SEAL)

9. Deposition Transcript Excerpts of Monica Jackson-Lewis, dated April 4, 2016

10. Deposition Transcript Excerpts of Barbara Bressack, dated March 17, 2016

11. Email Chain

12. 2010 EAP Referral

13. Note to File, dated July 19, 2010

14. Laurie Jensen's Journal Note

15. Internal Complaint Addressed to Derick Adams, dated March 25, 2013

16. Monica Jackson-Lewis' Notes

17. Deposition Transcript Excerpts of Derick Adams, dated April 20, 2016

18. Deposition Transcript Excerpts of Daniel Champney, dated March 17, 2016

19. Dan Champney Investigation Report with Attachments, dated May 29, 2013

20. EEOC Charge, dated July 3, 2013

21. Laurie Jensen's Summary of Meetings with Patrick Payne

22. Deposition Transcript Excerpts of Patrick Payne, dated April 29, 2016

23. Deposition Transcript Excerpts of Karen Giovannini, dated July 1, 2016

24. Deposition Transcript Excerpts of Lamya Yelda, dated July 1, 2016

25. Deposition Transcript Excerpts of Kathy Oswald, dated April 4, 2016

26. HR Policy No: 5.13 – Workplace Violence – Managing Employee Violence

27. HR Policy No: 4.10 – HCP Health Screenings, For Cause Testing & Fitness for Duty Examinations

28. Dr. Bodnar Evaluation, dated September 20, 2013

29. Deposition Transcript Excerpts of Laurie Jensen, Volume II, dated June 15, 2016

30. Business Partner Job Description

31. Affidavit of Debbie Saoud

32. Director – Human Resources for Physicians Job Description

33. Affidavit of Nicole Logan, dated July 27, 2016

34. Senior Compensation Consultant Job Description

35. (FILED UNDER SEAL)

36. (FILED UNDER SEAL)

37. eHR Analyst Job Description

38. Affidavit of Carol Bridges, dated July 29, 2016

39. Director–Service Excellence and Volunteer Services; Director–Volunteer Services Job Descriptions

40. Affidavit of Patti Sanburn, dated July 27, 2016

41. HR Director – Community Care Services Job Description

42. Affidavit of Brian Robertson, dated July 31, 2016

43. Amy Schultz Note

44. Plaintiff's Notes

45. OFCCP Interview Notes

46. Affidavit of Carolyn LeGault

47. Unpublished Cases:

- *The Knighten v. McHugh*, Case No. 14-CV-12351, 2016 WL 2609783 (E.D. Mich. May 5, 2016)

- *Shefferly v. Health All. Plan of Michigan,* 94 F. App'x 275, 283 (6th Cir. 2004)

- *Anderson v. Premier Indus. Corp.*, No. 94–3454, 1995 WL 469429 (6th Cir. Aug. 7, 1995)

- *Foster v. Mary Free Bed Rehab. Hosp.*, Case No. 1:13-cv-1350, 2015 WL 9487903 (W.D. Mich. Aug. 6, 2015)

- *Johnson v. Metro. Gov't of Nashville and Davidson County*, Tenn., 502 Fed. App'x 523 (6th Cir. 2012)

- *Gooden v. City of Memphis Police Dept.*, 2003 WL 21421640 (6th Cir. June 17, 2003)

- *Sirvinskis v. Ross Roy, Inc.*, 1997 WL 33353649 (Mich. Ct. App. March 21, 1997)

- *Crane v. Mary Free Bed Rehabilitation Hosp.*, No. 15-1358, 2015 WL 8593471 (6th Cir. December 11, 2015)

- *Finley v. Trotwood*, 503 Fed. Appx. 449, 454 (6th Cir. 2012)

- *Watson v. City of Cleveland*, 202 Fed. App'x 844, 855 (6th Cir. 2006)

- *Choulagh v. Holder*, No. 10–14279, 2012 WL 2891188 (E.D. Mich. July 16, 2012), aff'd, 528 F. App'x 432 (6th Cir. 2013)

- *Stone v. Bd. of Directors of Tennessee Valley Auth.*, 35 F. App'x 193, 196 (6th Cir. 2002)