# EXHIBIT N

# 2012 Employee Performance Plan & Review for Monica J. Rogers

**Employee Performance Plan & Review Information**

|  |  |
|---|---|
| Last Name: | Rogers |
| First Name: | Monica |
| Title: | Consultant - OHRD |
| Department: | OHRD |
| Location: | OFP |

You will use this form three times throughout the year:

**Goal Setting:** At the beginning of the calendar year set performance goals, review competencies and create individual development plan.

**Mid-Year Review:** You and your supervisor will update the status of each performance goal and provide comments about your progress and performance on each goal and competency to date.

**Annual Review:** You will conduct a self-evaluation and provide comments for each of your goals and competencies. Your supervisor will rate you on each performance goal and competency and provide comments which will be used to calculate your overall performance score for the review cycle.

You and your supervisor can also refer back to this document at other times as a guide to continued performance and development.

Originator:  HFHS Performance Management
Review Period:  01/01/2012 - 12/31/2012
Due Date:  01/15/2013

**Team Member Standards of Excellence**

Review the competencies and use the comment section as needed to write any specific goal expectation or action item.

**Display a Positive Attitude**
Consistently Meets These Expectations by: •Displaying a positive (cheerful, helpful) attitude in their actions resulting in creating a positive lasting impression. •Being sincere, courteous and friendly in interacting with patients, customers, co-workers, and physicians. •Practicing department etiquette standards and not engaging in negative/unconstructive situations or conversations. •Remaining balanced and controlled in difficult situations. •Responding well to changing circumstances/situations/processes. •Being approachable to co-workers and providing support as needed. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 4.0 - Exceeds Expectations | Employee: 4.0 - Exceeds Expectations |
| **Supervisor Comments:** Agree with Monica's qualifying description. She has kept a positive attitude through a challenging year. | **Employee Comments:** Consistently displayed a "can do" attitude. Maintained a positive attitude and created a positive impression · Displayed a sincere friendly disposition when interacting with customers and co-workers. Remained balanced and controlled in difficult situations · Responded well to several changes in staffing and process change · approachable to all co-workers and provided help where needed. · Acknowledging and appreciating others for their contributions and others' work (e.g., Drop in Bucket, Performance Note). · Being able to create/keep a team's "can do" attitude. · Approaching work in a way that makes others want to work with me. |

**Take Ownership and Be Accountable**
Consistently Meets These Expectations by: •Assuming responsibility for their performance and individual development goals (e.g., HFHS University classes, etc.) by completing on the due date. •Taking full responsibility for their work and accepts accountability for their decisions and learns from their mistakes. •Owning an issue until it is resolved including appropriate follow-up in a timely manner. •Whenever service failures occur with patients/customers/co-workers/physicians uses the HEART Service Recovery Model to remediate the issue (H=Hear the concern; E=Empathize with the customer; A=Apologize; R=Respond that will be addressed in a timely manner; T=Thank the person). •Maintaining focus on priorities and completing projects in a timely manner. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 5.0 - Outstanding | Employee: 4.0 - Exceeds Expectations |
| **Supervisor Comments:** Monica had to step up and go above and beyond normal duties to fill in for vacancy left by sr. consult. took on more work-load with great results for projects that impact the System. | **Employee Comments:** Assumed responsibility for ensuring that ALA, LA, PLI had successful kick-offs. Took responsibility for making changes to the academy curriculums when needed. Provided timely follow-through on program issues as they arise. Always maintained focus and kept the |

main thing the main thing (HFHS University Academy programs).

· Acting decisively, following through on team commitments, and quickly correcting any problems.
· Following up on items beyond job duties or areas of knowledge, unprompted assistance.
· Assisting with resolving customer situations that may not fall within my scope of responsibility.

### Offer Open and Constructive Communications

Consistently Meets These Expectations by: •Demonstrating "Be Here Now", practicing open and honest communication and responding as a participant and supporter. •Anticipating and responding appropriately to customer communication needs. •Listening and communicating clearly, concisely, and respectfully to patients, customers, co-workers, and physicians. •Demonstrating constructive verbal, non-verbal, and written communication skills that enhance the work environment. •Receiving and valuing constructive feedback. •Sharing ideas, opinions, and feedback with leadership and co-workers appropriately (i.e., right time and right place). •Expressing reactions and opinions without intimidating others 'assuming innocence'. Behaviors for Ratings 5, 4, 2, 1

**Rating by Laurie Jensen:**

<u>Supervisor:</u> 4.0 - Exceeds Expectations

**Supervisor Comments:**
I agree with Monica. It is obvious that she has worked hard to model healthy communication which has been so important for us this year considering we have had to increase our productivity while working short-staffed. I look forward to her insightful feedback as we finalize our OD structure and strategic plan.

**Rating by Monica J. Rogers:**

<u>Employee:</u> 4.0 - Exceeds Expectations

**Employee Comments:**
With my new job responsibilities I feel I have consistently been open and honest in my communication and have been a true partner by providing support anywhere needed. I have been listened to my customers and co-workers concerns and have consistently responded respectfully appropriately manner. Consistently provide constructive verbal, and non-verbal as well as written communications while ensuring proper timing. I have consistently been able to respond and express opinions without intimidating others.

· Practicing active listening and seeking constructive feedback from others.
· Utilizing feedback to achieve personal and organizational success.
· Providing others with access to information and keeping team members informed.
· Assisting others in "assuming innocence".

### Respond in a Timely Manner

Consistently Meets These Expectations by: •Responding courteously to patients, customers, co-workers, and physicians' needs and questions, and by providing information according to the department standards. •Informing patients, customers, co-workers, and physicians' of service timeline and changes that may impact delivery of service. •Being flexible with their time and demonstrating a willingness to be responsive, by making themselves fully available to patients, customers, co-workers, and physicians. Following through on all inquiries, requests and complaints. •Handling multiple demands and competing priorities; making efficient use of their time. Behaviors for Ratings 5, 4, 2, 1

**Rating by Laurie Jensen:**

<u>Supervisor:</u> 4.0 - Exceeds Expectations

**Supervisor Comments:**
Monica did a great job as project manager for the LA and stepping up for ALA. Kept us on track and helped to remove barriers and kept our customers informed in a timely manner

**Rating by Monica J. Rogers:**

<u>Employee:</u> 4.0 - Exceeds Expectations

**Employee Comments:**
· Responding before the due date; never has to be reminded of a deadline or deliverable and often completes work ahead of time.
· Anticipating customer/co-worker needs and responds efficiently to all requests and anticipates follow-up questions.
· Removing barriers to provide quality and timely customer services.
· Anticipating and informing patient/customer/etc of any potential barriers/delays.

### Take Pride in the System

Consistently Meets These Expectations by: •Adhering to established dress codes and takes accountability for their appearance. •Behaving like an owner of HFHS by taking accountability for its overall physical appearance. •Ensuring professionalism in their actions, and communications. •Taking pride in the work and fully accepting the responsibilities of the job. •Serving as an ambassador of Henry Ford Health System/BU, by living the values and taking pride in representing the System/BU through a positive manner; including being able to describe/demonstrate the System Standards of Excellence, Pillars, Vision and Mission with the community, including referring family and friends. Behaviors for Ratings 5, 4, 2, 1

**Rating by Laurie Jensen:**

<u>Supervisor:</u> 4.0 - Exceeds Expectations

**Supervisor Comments:**
Terrific ambassador for HFHS. Consummate professional.

**Rating by Monica J. Rogers:**

<u>Employee:</u> 4.0 - Exceeds Expectations

**Employee Comments:**
· Exemplifying the Renewal principles in daily behavior.
· Demonstrating strong knowledge of the HFHS' vision, mission and the performance pillars and their relationship to the department's

work

### Respect and Be Sensitive to Privacy/Confidentiality

Consistently Meets These Expectations by: •Respecting the need for privacy in all instances (e.g., hallways, elevators, etc.) and is sensitive to employee/patient privacy. •Maintaining confidentiality of all proprietary business and protected health information. • Maintaining and safeguarding the confidentiality of all HFHS files in accordance with HIPAA rules. •Completing and adhering to all mandatory HIPAA Privacy and Security training. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 3.0 - Meets Expectations | Employee: 3.0 - Meets Expectations |
| Supervisor Comments: | Employee Comments: |
| agree - fully demonstrates the behaviors for this rating | No comments |

### Commit to Team Members

Consistently Meets These Expectations by: •Contributing to a team atmosphere by listening to others, valuing opinions, sharing information, knowledge and resources with new and existing team members. •Discouraging the "us versus them" thinking. •Taking initiative and offers help to other team members as needed without being asked. •Developing and maintaining effective working relationship with co-workers. •Contributing their share to the teams' work by consistently delivering on their commitments. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 5.0 - Outstanding | Employee: 5.0 - Outstanding |
| Supervisor Comments: | Employee Comments: |
| Agree with Monica that she demonstrates the behaviors listed. Dependable team member who can be counted on for results. Collaborates regularly with other depts through training, teambuilding and coaching. Has generously filled in for me at a moment's notice to do training or team coaching with a department and gets excellent feedback from our customers. | - Providing constructive coaching and feedback to co-workers in a positive manner; which also helps build confidence.<br>- Encouraging cooperation, pride, and trust within group;<br>- Influencing others to achieve team goals; and interacts in ways that bring out the best in others.<br>- Collaborating with other departments/business units, resulting in a better experience for internal and external customers. |

### Honor and Respect Diversity

Consistently Meets These Expectations by: •Being aware of tone of voice, body language and word choice and how it may be perceived by others. •Displaying sincerity by listening without judgment, and practicing patience and understanding, considering the "whole person". •Supporting an open and inclusive environment by appreciating similarities and differences. •Embracing the diversity of our customers, patients, and their families and providing their needs•Respecting the contributions and diversity of all people by being open to new ideas and perspectives. •Being sensitive to any health disparities and practicing healthcare equity. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 4.0 - Exceeds Expectations | Employee: 3.0 - Meets Expectations |
| Supervisor Comments: | Employee Comments: |
| Monica exceeds expectations by seeking opportunities to increase awareness and knowledge of diverse individuals and Anticipating and providing the needs and expectations of our staff and customers. Monica is thoughtful and uses her empathy strength to understand and support the unique needs of others. | No comments |

### Maintain a Clean and Safe Workplace Environment

Consistently Meets These Expectations by: •Actively supporting and maintaining a safe workplace aligned with the established standards to ensure the safety of self, patients, co-workers and visitors. •Demonstrating knowledge of applicable health and safety regulations by complying with HFHS and department safety policies/procedures. •Speaking Up and Speaking Out to prevent any errors and reporting all identified risks, customer service violations or incidents and hazards. •Paying close attention to work environment and being conscientious about keeping it safe, clean, uncluttered and free of hazards. •Completing and/or attending required training and successfully applying and sharing knowledge gained to work environments. •Following safe working practices, obeying rules and regulations in a way that maintains safety, health & prevents injuries and illnesses. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 3.0 - Meets Expectations | Employee: 3.0 - Meets Expectations |
| Supervisor Comments: | Employee Comments: |
| No comments | No comments |

### Foster and Support Innovation

Consistently Meets These Expectations by: •Demonstrating knowledge of unit/department issues and objectives. •Providing innovative and additional ways to support HFHS and its customers •Suggesting new ideas for continuous improvement of the department/business unit. •Being open to and supporting new ideas, changes and new ways of doing things. Behaviors for Ratings 5, 4, 2, 1

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 4.0 - Exceeds Expectations | Employee: 3.0 - Meets Expectations |
| Supervisor Comments: | Employee Comments: |

| | |
|---|---|
| Monica exceeds expectations by providing ongoing feedback and brainstorming ideas for improvement. Using insights from her vast experience along with her creativity she helps to make us better. In addition her leadership of Renewal is essential to managing change for the organization and I look to her for insights to address cultural assimilation during the merger with beaumont. | No comments |

**Role Specific Assessment**

If using this section to assess clinical and/or non clinical job related skills:

1. Click the "Add Competencies" button below to open the competency library.
2. Select the category specific to your role found in the "jump to category section".
3. Check the "select all competencies" box in your category section.
4. Scroll up or down and click the box that says "Add Selected Competencies".

Your selected job related skills/competencies will then appear in your performance review form to be rated during your performance review. This section is not weighted.

Role Specific Assessment Overall Comments

| Managers Comments: | Employees Comments: |
|---|---|
| No comments | No comments |

**Performance Goal Plan**

The Performance Goal Plan is a basic tool used to align an individual's goals with Department, Business Unit, and System goals and helps to manage performance throughout the year. Performance goals align to the System's performance pillars of People, Service, Quality & Safety, Growth, Research & Education, Community and Finance. This helps an individual understand how s/he contributes to System outcomes.

**Pillar:: People**

| Goal : Engagement Goal: •Employees are expected to attend and participate in department discussions regarding engagement. •Individually, employees are expected to have discussions with their leader regarding engagement (Examples being during mid-year reviews or regularly scheduled one on one meetings throughout the year) •Employees drive engagement within their departments by volunteering to lead and/or participate in efforts to increase employee and customer engagement, communication, and teamwork within the department. | Measurement : 5 - Employee helped lead engagement efforts in the department. 4 - Employee actively participated in and contributed to engagement efforts within the department. 3 - Employee participated in required department meetings and discussions regarding team and individual employee engagement (examples include: goal setting, mid year review, annual review, team impact planning sessions, participation in impact plans). 2 - Employee was not present or did not contribute to employee engagement discussions within department 1 - Employee did not participate in or actively worked against engagement efforts in the department. |
|---|---|

Weight : 10.0%        Status : | Complete |        % Complete : 100.0%        Start : 01/01/2012        Due : 12/31/2012
Action Items :
Actual Achievement :

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 5.0 - Outstanding | Employee: 3.0 - Meets Expectations |
| Managers Comments: Monica actively participated in impact planning and modeled engaged behavior that supported an engaging work environment for the team. | Employees Comments: No comments |

**Pillar:: People**

| Goal : Conduct all requested/scheduled 2012 facilitation, consulting and coaching requests by 12/31/12. | Measurement : Complete 100% of request by 12/31/12 • Facilitate Renewal (6 classes) • Facilitate Crucial Conversation • Provide Coaching (Level of involvement TBD) • Provide Consulting/Teambuilding assistance |
|---|---|

Weight : 20.0%        Status : | Complete |        % Complete : 100.0%        Start : 01/01/2012        Due : 12/31/2012
Action Items :
Actual Achievement :

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| Supervisor: 5.0 - Outstanding | Employee: 5.0 - Outstanding |
| Managers Comments: Definitely outstanding as a role model for this work. | Employees Comments: Completed 100% of all request by12/31/12. Facilitated all Renewal classes in 2012. Facilitated Crucial Conversations. Provided coaching to HFHS leadership. Served as consultant to leadership and provided teambuilding assistance. |

**Pillar:: No Longer Applicable**

**Goal :** Partner with Lead HFHS University Consultant to roll-out ALA Class II by 12/01/12

**Measurement :** * Partner with lead to identify all aspects of ALA program
* Ensure curriculum is aligned with Sr. Executive Competencies
* All sessions are complete (Agendas, Faculty confirmed, logistics confirmed and post session evals completed).
* Score cards completed and returned to the HFHS University by February 1, 2013
* Program evals submitted quarterly to CME office. Final evals to be submitted not later than December 1st.
* Assist Lead with updating curriculum

**Weight :** 30.0%     **Status :** Complete     **% Complete :** 100.0%     **Start :** 01/01/2012     **Due :** 12/31/2012

**Action Items :**

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|
| Complete and maintain project plan | Project Software | Weekly meetings with Angelene | 02/22/2012 | 12/01/2012 |
| Administer evaluations for each session | Access and training to Site Maker | Submission to CME quarterly | 02/22/2012 | 12/01/2012 |

**Actual Achievement :**

**Rating by Laurie Jensen:**
Supervisor: 4.0 - Exceeds Expectations

**Rating by Monica J. Rogers:**
Employee: 4.0 - Exceeds Expectations

**Managers Comments:**
Exceeded expectations by stepping into a lead facilitator role when Chris left in October

**Employees Comments:**
Partnered with lead to identify all aspects of ALA program. Partnered with lead to ensure curriculum is aligned with competencies. Calibrated curriculum where necessary. All programs sessions completed as scheduled.

**Pillar::** No Longer Applicable

**Goal :** Provide support as needed with the roll-out and immanence of PLI Class II 12/31/12.

**Measurement :** Completion of the 6 identified sessions by 12/31/12.

**Weight :** 5.0%     **Status :** Complete     **% Complete :** 100.0%     **Start :** 01/01/2012     **Due :** 12/31/2012

**Action Items :**

| Action | Resource Requirements | Accountability | Start Date | Finish Date |
|---|---|---|---|---|
| Finalize agenda | | Complete prior to session | 02/22/2012 | 12/31/2012 |
| Print material provided by faculty | | Complete prior to session | 02/22/2012 | 12/31/2012 |
| Complete customized evaluations with CME office | CME Staff | Complete prior to session (requires programing changes) | 02/22/2012 | 12/31/2012 |

**Actual Achievement :**

**Rating by Laurie Jensen:**
Supervisor: 3.0 - Meets Expectations

**Rating by Monica J. Rogers:**
Employee: 3.0 - Meets Expectations

**Managers Comments:**
agree with monica

**Employees Comments:**
No comments

**Pillar::** No Longer Applicable

**Goal :** Develop and implement executive education opportunities.

**Measurement :** * Assist with maintaining/updating web pages
* Assist with rolling out interview simulation opportunity to all of LEAP
* Assist with the development of promotional collateral
* Assist with creating the HFHS Academy brand

**Weight :** 5.0%     **Status :** Complete     **% Complete :** 100.0%     **Start :** 01/01/2012     **Due :** 12/31/2012

**Action Items :**

**Actual Achievement :**

**Rating by Laurie Jensen:**
Supervisor: 3.0 - Meets Expectations

**Rating by Monica J. Rogers:**
Employee: 3.0 - Meets Expectations

**Managers Comments:**
No comments

**Employees Comments:**
No comments

**Pillar::** No Longer Applicable

**Goal :** Rollout 2012-2013 leadership Academy (LA) Program

**Measurement :** * Identify all aspects LA
* Ensure curriculum is aligned with Leadership Competencies
* All sessions are complete (Agendas, Faculty confirmed, logistics confirmed and post session evals completed).
* Program evals submitted quarterly to CME office. Final evals to be submitted not later than December 1st.
* Update curriculum

**Weight :** 30.0%     **Status :** Complete     **% Complete :** 100.0%     **Start :** 01/01/2012     **Due :** 12/31/2012

**Action Items :**

**Actual Achievement :**

| Rating by Laurie Jensen: | Rating by Monica J. Rogers: |
|---|---|
| **Supervisor:** 5.0 - Outstanding | **Employee:** 5.0 - Outstanding |
| **Managers Comments:**<br>Thank you monica for your outstanding leadership for the Leadership Academy 2012-2013. | **Employees Comments:**<br>Lead on the roll-out of Leadership Academy. Ensures curriculum is aligned with HFHS Leadership Competencies. Agendas, faculty, logistics and post evaluations completed. Program evals submitted to CME the next day after each session. Curriculum updated as needed. |

### Individual Development Plan

The Individual Development Plan includes identifying competency areas (i.e. HFHS Leadership competencies, etc.) to develop and then identifying activities (i.e. HFHS University courses, stretch assignments, etc.) to address each of the areas.

Click following link to access HFHS University content: HFHS University

**Category:**

Developmental Goal Description : Obtain coaching certification and/or MBTI qualified status          Measurement : Coaching certification MBTI qualified status

**Action Items :**

| **Managers Comments:**<br>*No comments* | **Employees Comments:**<br>Certifications not obtained due to budget and restructuring of department. |
|---|---|

### Mid-Year Review

Manager and employee meet to review employee progress on business and development goals and document the date and results of this discussion in the "Comments" sections provided.

Mid-year Review Meeting Held on: 06/21/2012

### Competency Assessment & Annual Requirements

    Please check this box to indicate that the employee has completed all Business Unit/Department specific annual competencies, if applicable.

    Please check this box to indicate that the employee has completed all Population Served competencies, if applicable.

Annual Mandatory Education (met on HFHS University):

    This employee has successfully completed annual requirements.

Other Training/Certification

Licensure Expiration Date

Health Screen Date

### Overall Performance Summary

Use this section to summarize the employee's overall performance during the review period. As you finalize ratings be on the lookout for these common rating errors.

|  | Overall Performance Rating 4.3 / 5.0 | |
|---|---|---|
|  | Rating | Weights |
| Team Member Standards of Excellence | 4.0 / 5.0 | 40.0% |
| Display a Positive Attitude | 4.0 - Exceeds Expectations | |
| Take Ownership and Be Accountable | 5.0 - Outstanding | |
| Offer Open and Constructive Communications | 4.0 - Exceeds Expectations | |
| Respond in a Timely Manner | 4.0 - Exceeds Expectations | |
| Take Pride in the System | 4.0 - Exceeds Expectations | |
| Respect and Be Sensitive to Privacy/Confidentiality | 3.0 - Meets Expectations | |
| Commit to Team Members | 5.0 - Outstanding | |
|  | 4.0 - Exceeds | |

| | | |
|---|---|---|
| Honor and Respect Diversity | Expectations | |
| Maintain a Clean and Safe Workplace Environment | 3.0 - Meets Expectations | |
| Foster and Support Innovation | 4.0 - Exceeds Expectations | |
| Role Specific Assessment | unrated | 0.0% |
| Performance Goal Plan | 4.5 / 5.0 | 60.0% |
| Engagement Goal: -Employees are expected to attend and participate in department discussions regarding engagement. -Individually, employees are expected to have discussions with their leader regarding engagement (Examples being during mid-year reviews or regularly scheduled one on one meetings throughout the year) -Employees drive engagement within their departments by volunteering to lead and/or participate in efforts to increase employee and customer engagement, communication, and teamwork within the department. | 5.0 - Outstanding | 10.0% |
| Conduct all requested/scheduled 2012 facilitation, consulting and coaching requests by 12/31/12. | 5.0 - Outstanding | 20.0% |
| Partner with Lead HFHS University Consultant to roll-out ALA Class II by 12/01/12 | 4.0 - Exceeds Expectations | 30.0% |
| Provide support as needed with the roll-out and immanence of PLI Class II 12/31/12. | 3.0 - Meets Expectations | 5.0% |
| Develop and implement executive education opportunities. | 3.0 - Meets Expectations | 5.0% |
| Rollout 2012-2013 leadership Academy (LA) Program | 5.0 - Outstanding | 30.0% |

Overall Comments

**Comments by Laurie Jensen:**
Monica had an outstanding year. She stepped up and took initiative and went above and beyond the call of duty to make sure the ALA and LA were supported and quality maintained during period where our team was short staffed. The collective success of our OHRD goals this year would not have been possible without her efforts. Thank you Monica. -Laurie

Signatures

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

Employee: _____   _01/16/2013_
        Monica J. Rogers

Manager: _____   _01/16/2013_
        Laurie Jensen

Objective/Competency Summary

null

Calculated Overall Competency Rating: 4.0 / 5.0

| | Ratings | Weights |
|---|---|---|
| Team Member Standards of Excellence | 4.0 / 5.0 | 50.0% |
| Display a Positive Attitude | 4.0 - Exceeds Expectations | |
| Take Ownership and Be Accountable | 5.0 - Outstanding | |
| Offer Open and Constructive Communications | 4.0 - Exceeds Expectations | |
| Respond in a Timely Manner | 4.0 - Exceeds Expectations | |
| Take Pride in the System | 4.0 - Exceeds Expectations | |
| Respect and Be Sensitive to Privacy/Confidentiality | 3.0 - Meets Expectations | |
| Commit to Team Members | 5.0 - Outstanding | |
| Honor and Respect Diversity | 4.0 - Exceeds Expectations | |
| Maintain a Clean and Safe Workplace Environment | 3.0 - Meets Expectations | |
| Foster and Support Innovation | 4.0 - Exceeds Expectations | |
| Role Specific Assessment | unrated | 0.0% |

Calculated Overall Objective Rating: 4.5 / 5.0

| Performance Goal Plan | Ratings 4.5 / 5.0 | Weights 100.0% |
|---|---|---|
| Engagement Goal: •Employees are expected to attend and participate in department discussions regarding engagement. •Individually, employees are expected to have discussions with their leader regarding engagement (Examples being during mid-year reviews or regularly scheduled one on one meetings throughout the year) •Employees drive engagement within their departments by volunteering to lead and/or participate in efforts to increase employee and customer engagement, communication, and teamwork within the department. | 5.0 - Outstanding | 10.0% |
| Conduct all requested/scheduled 2012 facilitation, consulting and coaching requests by 12/31/12. | 5.0 - Outstanding | 20.0% |
| Partner with Lead HFHS University Consultant to roll-out ALA Class II by 12/01/12 | 4.0 - Exceeds Expectations | 30.0% |
| Provide support as needed with the roll-out and immanence of PLI Class II 12/31/12. | 3.0 - Meets Expectations | 5.0% |
| Develop and implement executive education opportunities. | 3.0 - Meets Expectations | 5.0% |
| Rollout 2012-2013 leadership Academy (LA) Program | 5.0 - Outstanding | 30.0% |