# EXHIBIT BB

Monica J. Rogers
4916 Browning Dr.
Orchard Lake, MI 48323

Derick Adams
VP - Human Resources Corporate Services
Henry Ford Health System
One Ford Place – 4E
Detroit, MI 48202

TO:   Derick Adams, VP – Human Resources Corporate Services

I hold a position of OHRD Consultant, at HFHS. Please accept this letter as my formal complaint of discrimination/harassment by Laurie Jensen. I request that you investigate my allegations and take appropriate action to remedy them.

The following are the events that I believe constitute discrimination:

December 1, 2012–January 8, 2013 – OFP 4E
- Several conversations with Barbara Bressack about how my job duties are equal to those of the Sr. Consultants.
- I stated to Barbara Bressack "It is illegal to have two people working side by side and virtually performing the same level of duties, while applying inconsistent pay practices and job titles.
- Barbara stated, in order to get a "5" on my performance evaluation I would have to perform duties above my current level (Consultant) which would be the Sr. Consultant level
- I stated I am not asking anyone to do something for me that hasn't already been done for others.
    - i.e., Brian Robertson a white male, no degree and was promoted to Consultant which requires a degree.

December 1, 2012 – January, 2013 – OFP 4E
- Spoke with Jan Harrington-Davis – Director of Employee Relations & Diversity regarding my concerns and suspicions of unlawful treatment.
- Jan confirmed if my suspicions were true, this would in fact be considered an unlawful practice.
- I stated," I think this is happening to me because of my age"; Jan laughed and stated "It has nothing to do with your age; it's because you are black."

On January 9, 2013 – Laurie Jensen's Office OFP 1B 11:30 am
- I met with Laurie Jensen, Director – OHRD – HFHS University.
- I received an overall score of Exceeds Expectations (4.3 out of 5).
- Laurie commented "We know you can do the work because you've been doing it. There is just this one little thing that keeps us from making you a Sr. Consultant (referring to my lack of credentials);
- Laurie indicated, she felt there isn't much difference in the work of a Sr. Consultant and a Consultant and she was considering eliminating the Sr. Consultant title and everyone would be a Consultant.

ATTACHMENT A

HF 00402

Monica J. Rogers

### On January 16, 2013 – OFP 1B Conference Room (Staff Meeting)
- Copies of the OHRD, Consultant and Sr. OHRD Consultant job descriptions were distributed to the team for the first time.
- The team was informed that the job description would be re-written to reflect current job duties.
- Laurie stated the major difference between a Consultant and a Sr. Consultant is that the Sr. Consultant leads two or more system-level programs/projects. The Consultant leads one.
- Monica Jackson-Lewis along with Laurie Jensen indicated to get a "5" on your performance evaluation; you must perform the duties of the Sr. Consultant.
- I determined that I have been required to lead a minimum of two system level programs since 2007.

### On January 17, 2013 – OFP – 1B Laurie Jensen's office (Scheduled Update Meeting)
- Laurie Jensen stated, "I support that you should be a Sr. Consultant."
- Laurie stated, "I think we've missed a lot of opportunities to fix this."
- Laurie stated that just because my "job title was wrong now, doesn't mean it should stay wrong."
- Laurie stated we should set up a meeting to speak with Jan Harrington-Davis to see what can be done to fix this issue.
- Laurie stated "I don't know about you but I feel that at our age we only have one good job left."

### On January 23, 2013 – OFP – 1B Jan Harrington Davis' office
- Laurie stated the purpose of the meeting was to discuss how Monica feels she performs at the same level of Sr. Consultant.
- Jan stated she does not support the change in title for Monica.
- Jan stated she agrees Monica performs at the senior level.
- Laurie stated "I don't know about you but I feel that at our age we only have one good job left."
- Jan made the following recommendations:
  - Write a job description based on Monica's duties.
  - Change/modify current Sr. Consultant job description to degree preferred

### January 24, 2013 – (Brian Robertson, Liz Mallory, Patrick Payne, Karen Giovannini, Jennifer Landers) – OFP – 4F Conference Room
- Met to discuss and update current OHRD Consultant job description to reflect the actual work being done.
- Group determined based on the vast differences in the level of duties being performed by Consultants, group would need further clarification to proceed.

### January 29, 2013 – ALA/LA Partnership Session – OFP- Allan Gilmour
- Barbara stated that my current job duties would not be changing.
- Leadership coaching and consulting would be an additional requirement

### January 31, 2013 – HFHS University Staff Meeting – OFP 2C00
- Received draft copy of the updated Consultant Job description
- Draft of new Consultant job description received. Sr. Consultant duties included

2

Monica J. Rogers

**February 4th, 2013 – OFP – 4E Monica Rogers' office**
- Monica Jackson Lewis (JL) – Manager, HFHS University, came to my office to provide coaching.
- Monica JL stated that I should agree to do whatever Laurie and Barbara asked of me.
- Monica JL stated "there are ways around the education requirement, we have done it before."
- Monica JL stated that when Barbara Bressack gives me the new job responsibilities in writing, copies of the new job descriptions and copies of the old job descriptions, this would give me everything I need to "do what you have to do."

**February 20, 2013 – Barbara Bressack's office – OFP 4E**
- 2013 performance goals established by Barbara Bressack.
- Job title remains Consultant, job duties equal to Sr. Consultant.

I consider this treatment to be discrimination and unlawful because I am being treated differently than my white counterparts. They do not encounter this discrimination. The following individuals either do not have a degree or Job Descriptions have been modified to reflect lack of advanced degree or lack of experience. Yet all have received promotions and all are white.

- Brian Robertson – OHRD Consultant
- Patti Sanburn – HR Director
- Carol Bridges – Director Service Excellence, Volunteer Services
- Tarra Bufford – eHR Analyst – Experience in lieu of education

**Education Requirements or Experience Modified:**
- Nicole Logan – Sr. Consultant, Compensation - Masters preferred
- Debra Temrowski – HR Director - Experience number of years reduced

**Age Discrimination:**
On more than one occasion, statements referencing my age have been made.

These issues of race and age discrimination, promotion, job assignment and equal pay, must be addressed and the unfair treatment I have experienced must be made right. Please contact me by phone at 248-470-2888 to inform me of your intended course of action.

Sincerely,

*Monica J. Rogers*
Monica J. Rogers
March 25, 2013

3

HF 00404