# EXHIBIT FF

September 11, 2013

 

Derek Adams
VP – Human Resources Corporate Services
Henry Ford Health System
One Ford Place – 4E
Detroit, MI  48202

Dan Champney
Sr. Counsel HAP
2850 W. Grand Blvd.
Detroit, MI  48202

RE:  Retaliation

Dear Mr. Adams and Mr. Champney:

The purpose of this letter is to file a complaint of retaliation. On Wednesday, September 11, 2013 I was placed on a leave by Derek Adams. It was alleged that "people" felt there might be a safety issue in the workplace. I was informed that "people" felt I might be a threat to them or myself. When asked what specifically was said or done by me to cause this response, I was told "I don't have an example, just that people feel like you're up and down".

This allegation is a gross misrepresentation of the facts. I consider this act to be retaliation because I submitted a complaint of discrimination to Derek Adams. Submitting a complaint of discrimination is a legally protected activity.

I am requesting an investigation be conducted into this matter and that I be returned to work.

Respectfully Submitted,


Monica Rogers
4916 Browning Drive
Orchard Lake, MI  48323
248-470-2888