# EXHIBIT GG

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>471-2013-03551 |
|---|---|---|

Michigan Department Of Civil Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Monica J. Rogers
**Home Phone** (Incl. Area Code): (248) 470-2888
**Date of Birth**: [redacted] 1953

**Street Address**: 4916 Browning Dr, Orchard Lake, MI 48323

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: HENRY FORD HEALTH SYSTEM
**No. Employees, Members**: Unknown
**Phone No.**: 

**Street Address**: 1 Ford Place, 4e, Suite 4e, Detroit, MI 48202

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 09-11-2013   Latest: 09-24-2013
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began working for the above named employer in October 1981. I am currently employed as an OHRD Consultant.

On July 3, 2013, I filed a charge of discrimination with the EEOC, alleging discrimination based on my race (471-2013-02754). On September 11, 2013, the V.P. of Human Resources told me that I was being removed from my position and placed on an administrative leave. The reason given was that "people" felt I may be a safety threat in the workplace. When I asked for specifics, none were given. I was made to get an Occupational Health Evaluation, which I did on September 20, 2013. I am still on administrative leave.

I believe I have been discriminated against by being removed from my job and placed on administrative leave in retaliation for filing a previous charge of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 24, 2013 — /s/ Monica Rogers
*Date — Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: /s/ Monica Rogers

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year): 9/24/13  /s/ S.E. Well

PLTF000081