*Monica J. Rogers vs. Henry Ford Health System*

## INDEX OF EXHIBITS

**Defendant's Response to Plaintiff's Motion for Leave to File Corrected Declaration and to Correct Summary Judgment Record**

A. Unpublished Cases:

- *Luke v. Family Care and Urgent Medical Clinics*, 323 Fed. Appx. 496 (9th Cir. 2009)

- *Sapp v. CSX Transp., Inc.*, 478 Fed. Appx. 961 (6th Cir. 2012)

- *Visteon Global Technologies, Inc. v. Garmin Intern'l, Inc.*, No. 10-cv-10578, 2014 WL 1028927 (E.D. Mich. March 17, 2014)

- *Leininger v. Reliastar Life Ins. Co.*, No. 2:06-cv-12249, 2007 WL 2875283 (E.D. Mich. Sept, 27, 2007)

- *Henry v. State Farm Fire & Cas. Co.*, No. 14-12004, 2015 WL 4429686 (E.D. Mich. June 5, 2015)