# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 14, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:  Case No. 17-1998, *Monica Rogers v. Henry Ford Health System*
Originating Case No. : 2:15-cv-12312

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cheryl Borkowski
Case Manager
Direct Dial No. 513-564-7035

cc: Ms. Barbara Eckert Buchanan
Mr. Terrence J. Miglio
Ms. Anne Noel Occhialino
Mr. Gerald D. Wahl

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 17-1998

_____

Filed: September 14, 2018

MONICA J. ROGERS

       Plaintiff - Appellant

v.

HENRY FORD HEALTH SYSTEM

       Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 07/31/2018 the mandate for this case hereby issues today.

COSTS:  None