UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA J. ROGERS,

    Plaintiff,

v.

HENRY FORD HEALTH SYSTEM,
a Michigan corporation,

    Defendant.

Case No. 2:15-cv-12312

Hon. Marianne O. Battani
Magistrate Judge Elizabeth A. Stafford

---

| STERLING ATTORNEYS AT LAW, P.C. | VARNUM LLP |
|---|---|
| Gerald D. Wahl (P26511) | Terrence J. Miglio (P30541) |
| Attorney for Plaintiff | Barbara E. Buchanan (P55084) |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | 160 W. Fort Street, Fifth Floor |
| (248) 644-1500 | Detroit, MI 48226 |
| gwahl@sterlingattorneys.com | (313) 481-7300 |
| | tjmiglio@varnumlaw.com |
| | bebuchanan@varnumlaw.com |

---

### STIPULATION AND ORDER FOR DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS

NOW COME the parties, by and through their attorneys, and do hereby stipulate and agree to dismiss the captioned matter with prejudice and without costs to either party.

Dated: June 6, 2019    By: */s/ Gerald D. Wahl (w/consent)*
    Gerald D. Wahl (P26511)
    STERLING ATTORNEYS AT LAW, P.C.
    Attorneys for Plaintiff

Dated: June 6, 2019    By: */s/ Terrence J. Miglio*
    Terrence J. Miglio (P30541)
    Barbara E. Buchanan (P55084)
    VARNUM LLP
    Attorneys for Defendant

2

IT IS SO ORDERED.  **This Order resolves the last pending claim and closes the case.**

Date:  August 26, 2019               <u>s/Marianne O. Battani       </u>
                                     MARIANNE O. BATTANI
                                     United States District Judge